UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNGOAK CHA, | No. C-14-04672-EMC |
| Plaintiff, | |
| v. | **SUPPLEMENTAL BRIEFING ORDER** |
| THE KAISER PERMANENTE, | |
| Defendants. | |

On December 1, 2014, Defendant Permanente Medical Group[1] filed a motion to dismiss Cha's *pro se* complaint alleging various causes of action, including discrimination causes of action purportedly arising under federal law. *See* Docket No. 7. Defendant claims Ms. Cha's federal discrimination claims are time-barred because they were not filed within ninety (90) days of her receipt a Right to Sue notice from the California Department of Fair Employment and Housing (DFEH). *Id.* at 6-7. Defendant does not appear, however, to cite any case law or other relevant authority that establishes that a right to sue letter issued by the DFEH triggers the *federal* 90 day limitations period that may otherwise be triggered when a claimant receives a Right to Sue notice from the federal Equal Employment Opportunity Commission (EEOC). *See Payan v. Aramark Management Services Ltd. P' Ship*, 495 F.3d 1119, 1121 (9th Cir. 2007) (holding that a plaintiff has ninety days to file a Title VII action after receipt of an EEOC right-to-sue notice letter).

---

[1] Plaintiff Cha, proceeding *pro se*, erroneously captioned her complaint against "The Kaiser Permanente," but according to Defendant, the corporate entity that employed Ms. Cha is "The Permanente Medical Group, Inc." *See* Docket No. 7.

1    Defendant is hereby **ORDERED** to submit a supplemental brief, not to exceed three pages in
2 length, that contains its best authorities in support of its position that the ninety day federal
3 limitations period begins to run from the date of receipt of a DFEH right-to-sue notice.  Defendant's
4 supplemental brief shall be filed no later than **noon PST on Monday, January 12, 2015.**  Plaintiff
5 may (but is not obligated to) file her own brief, not to exceed three pages, containing any authorities
6 she believes support her position that the DFEH letter did *not* trigger the federal limitations period.
7 Any such brief must be filed no later than **Wednesday, January 15, 2015.**

9    IT IS SO ORDERED.

11 Dated: January 8, 2015

_____
EDWARD M. CHEN
United States District Judge

2