UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUNGOAK CHA,

        Plaintiff,

    v.

THE KAISER PERMANENTE,

        Defendant.
_____/

No. C-14-4672-EMC

**ORDER CHANGING SETTLEMENT CONFERENCE AND CMC DEADLINES**

    This Court held a case management conference (CMC) in this action on May 21, 2015. Docket No. 53. The Court also appointed Plaintiff Cha counsel for the limited purpose of representing her at an upcoming settlement conference. In order to give Cha's pro bono counsel sufficient time to prepare for the settlement conference, the Court hereby amends its instructions in its minute order: The settlement conference should occur before July 27, 2015. The CMC set for July 16, 2015 is hereby rescheduled to August 20, 2015 at 10:30 a.m. An updated joint CMC statement shall be filed by August 13, 2015.

    IT IS SO ORDERED.

Dated: May 22, 2015

                                          _____
                                          EDWARD M. CHEN
                                          United States District Judge