UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JUNGOAK CHA, | ) )  ) Case Number: C-14-4672 EMC |
| Plaintiff, | ) |
|  | ) ORDER APPOINTING COUNSEL |
| v. | ) |
|  | ) |
| THE KAISER PERMANENTE | ) |
| Defendant. | ) |

Because the Plaintiff Junoak Cha has requested and is in need of counsel to assist him/her in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Mr. Aaron P. Silberman and Ms. Sharon Rossi are hereby appointed as counsel for Plaintiff Cha in this matter.

The scope of this referral shall be for:

☐ all purposes for the duration of the case

☒ the limited purpose of representing the litigant in the course of

　　☐ mediation

　　☐ early neutral evaluation

　　☒ settlement conference

　　☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

　　_____

　　☐ discovery as follows:

　　_____
　　_____

　　☐ other:

　　_____
　　_____

The settlement conference should occur before July 27, 2015.  Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

IT IS SO ORDERED.

Dated:  May 28, 2015

_____
United States District ... ... ...

IT IS SO ORDERED
Judge Edward M. Chen