1
2
3
4                       UNITED STATES DISTRICT COURT
5                      NORTHERN DISTRICT OF CALIFORNIA
6
7   JUNGOAK CHA,                          Case No.  14-cv-04672-EMC
8              Plaintiff,
                                          **ORDER REFERRING LITIGANT TO**
9        v.                               **FEDERAL PRO BONO PROJECT AND**
                                          **STAYING PROCEEDINGS PENDING**
10  KAISER PERMANENTE,                    **APPOINTMENT OF COUNSEL**
11             Defendant.
12
13       The Plaintiff, Jung Oak Cha, having requested and being in need of counsel to assist
14  him/her in this matter and good and just cause appearing,
15       IT IS HEREBY ORDERED that Plaintiff JungOak Cha shall be referred to the Federal Pro
16  Bono Project ("Project") in the manner set forth below:
17       1.    The Clerk shall forward the Referral Order to the appropriate Project office, San
18             Francisco or San Jose, determined by whether the referring judge is located in the
19             San Francisco/Oakland or San Jose division.  The scope of this referral shall be for:
20             ☒  all purposes for the duration of the case
21             ☐  the limited purpose of representing the litigant in the course of
22                  ☐  mediation
23                  ☐  early neutral evaluation
24                  ☐  settlement conference
25                  ☐  briefing ☐ and hearing on the following motion (e.g., motion for
26             summary judgment or motion to dismiss): _____
27             _____
28                  ☐  discovery as follows:

_____

_____

☐   other:

_____

_____

2.      Upon being notified by the Project that an attorney has been located to represent the Plaintiff, that attorney shall be appointed as counsel for Plaintiff JungOak Cha in this matter for the scope of representation described above.  If the appointment of counsel is for limited purposes, the Court shall issue an order relieving the volunteer attorney from the limited representation of the litigant once those purposes have been fulfilled.

3.      All proceedings in this action are hereby stayed until four weeks from the date an attorney is appointed to represent Plaintiff JungOak Cha in this action.

**IT IS SO ORDERED**.

Dated:  September 25, 2015

_____
EDWARD M. CHEN
United States District Judge