UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNGOAK CHA,<br><br>    Plaintiff,<br><br>    v.<br><br>KAISER PERMANENTE,<br><br>    Defendant. | Case No. 14-cv-04672-EMC<br><br>**ORDER APPOINTING COUNSEL** |

Because the Plaintiff, JungOak Cha, has requested and is in need of counsel to assist her in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Dow W. Patten and Damien B. Troutman of Smith Patten are hereby appointed as counsel for Plaintiff Cha in this matter.

The scope of this referral shall be for:

☒    all purposes for the duration of the case

☐    the limited purpose of representing the litigant in the course of

    ☐    mediation

    ☐    early neutral evaluation

    ☐    settlement conference

    ☐    briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

_____

☐   discovery as follows:

_____

_____

☐   other:

_____

_____

All proceedings in this action are hereby stayed until four weeks from the date of this order. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

**IT IS SO ORDERED**.

Dated: October 16, 2015

_____
EDWARD M. CHEN
United States District Judge

2