DOW W. PATTEN, Cal. Bar No. 135931
DAMIEN B. TROUTMAN, Cal. Bar No. 286616
SMITH PATTEN
221 Main St., Suite 740
San Francisco, Ca 94105
Telephone: (415) 402-0084
Facsimile: (415) 520-0104
Email: dow@smithpatten.com

Attorneys for Plaintiff
JungOak Cha


THOMAS M. FREEMAN, Cal. Bar No. 109309
MARION'S INN LLP
1611 Telegraph Avenue, Suite 707
Oakland, California 94612-2145
Telephone:  (510) 451-6770
Facsimile:  (510) 451-1711
Email: tmf@marionsinn.com

Attorneys for Defendant
The Permanente Medical Group, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNGOAK CHA,<br><br>    Plaintiff,<br><br>v.<br><br>KAISER PERMANENTE, *et al.*,<br><br>    Defendants. | Case No. 3:14-cv-04672-EMC<br><br>**STIPULATION FOR DISMISSAL AND ORDER** |

Pursuant to the requirements of F.R.C.P. 41, the Parties to the above-entitled action, by way of their respective attorneys, HEREBY STIPULATE AND AGREE that pursuant to the settlement between the Parties that     the above-entitled   matter

1

**STIPULATION TO DISMISSALAND ORDER**
**Case no. 3:14-cv-04672-EMC**

shall be dismissed with prejudice with each side to bear its own costs and attorneys fees.

**IT IS SO STIPULATED.**

Dated: April 28, 2016

SMITH PATTEN
DOW W. PATTEN
DAMIEN B. TROUTMAN

By: ___/s/___
Dow W. Patten

Attorneys for Plaintiff JungOak Cha

Dated:  April 28, 2016

MARION'S INN LLP
THOMAS M. FREEMAN

By: _____
Thomas M. Freeman

Attorneys for Defendant The Permanente Medical Group, erroneously sued as Kaiser Permanente

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 29, 2016

_____
Hon. EDWARD M. CHEN
UNITED STATES DISTRICT COURT
NOTRTHERN DISTRICT OF CALIFORNIA

*IT IS SO ORDERED / Judge Edward M. Chen*